D. M. CHERRY *v.* THE STATE.

APPEALS FROM JUSTICES' TO COUNTY COURTS. — When a case is appealed from a Justice's to a County Court, and the fine imposed by the County Court is less than $100, the judgment of the County Court is final, and no appeal lies therefrom.

APPEAL from the County Court of Lamar.  Tried below before the Hon. S. C. BRYSON, County Judge.

The offense was assault and battery, and the fine $1.

*J. M. Long,* for the appellant.

*W. B. Dunham,* for the State.

ECTOR, P. J.   The motion of the State, by her attorney-general, to dismiss the appeal herein must be granted.   This cause originated in the court of a justice of the peace of Lamar County, and an appeal was taken to the County Court, and judgment was rendered in the County Court for a fine of less than $100.

The judgment of the County Court is final.   This court has no jurisdiction to hear and determine the appeal herein. Const. 1876, art. 5, sec. 16 (Acts Fifteenth Legislature, 18, sec. 3).

The appeal is dismissed.
*Dismissed.*